**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| PATRICE MILLER,<br><br>       Plaintiff,<br><br>   v.<br><br>MAXIMUS, INC.,<br>-AND-<br>ALTASTAFF, LLC,<br><br>       Defendant. | Case No. 1:26-cv-01809<br><br><br>Judge:     Martha M. Pacold<br><br>Magistrate: Heather K. McShain |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Maximus, Inc. and AltaStaff, LLC ("Defendants") respectfully request an extension of thirty (30) days, up to and including July 9, 2026, to answer or otherwise respond to Plaintiff Patrice Miller's Complaint. In support of this Motion, Defendants state as follows:

1.     Defendants' responsive pleadings are currently due on June 10, 2026, per an extension the Court granted in light of the parties' settlement discussions.

2.     Defendants request this extension because the parties have reached a settlement in principle and are in the process of finalizing the settlement. Given the parties' successful efforts to resolve the matter, in the interest of efficiency and judicial economy, Defendants respectfully request a 30-day extension to file its responsive pleading, up to and including June 10, 2026.

3.     This is Defendants' second request for an extension. This motion is not brought for the purpose of delay, and neither party will be prejudiced by the requested extension.

4.     On May 10, 2026, counsel for the parties conferred via email regarding the requested extension, and counsel for Plaintiff does not oppose the extension.

326513857v.1

2

WHEREFORE, Defendants respectfully request the Court grant this unopposed motion and extend their deadline to answer or otherwise respond to the Complaint, up to and including July 9, 2026.

**Dated: June 10, 2026**

*/s/ Sarah Bauman*
Sarah Bauman, Esq.
Christopher DeGroff, Esq.
**Seyfarth Shaw LLP**
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Phone: (312) 460-5000
sbauman@seyfarth.com
cdegroff@seyfarth.com
*Attorney for Maximus, Inc.*

*/s/ Ed Abramson*
Edward Abramson
Law Office of Edward Abramson
6507 N. Bosworth Avenue, #3
Chicago, Illinois 60626
edabramson@altastaff.com
Phone: (847)682-9971
*Attorney for AltaStaff, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on June 10, 2026, the foregoing document was served on Counsel for Plaintiff via the Court's CM/ECF filing system:

Travis Lampert, Esq
Mohammed Badwan, Esq
Yousef Ahmad, Esq
Atlas Law Center, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181
tlampert@atlaslawcenter.com
mbadwan@atlaslawcenter.com
yahmad@atlaslawcenter.com

 /s/ *Sarah Bauman*  _
Counsel for Maximus, Inc.

3

326513857v.1