## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Patrice Miller

                Plaintiff,

v.

Maximus, Inc., et al.

                Defendant.

Case No.: 1:26–cv–01809
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 12, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant Maximus, Inc.'s unopposed motion for extension of time to answer or otherwise respond to plaintiff's complaint, [24], is granted. Defendant Maximus, Inc. to answer or otherwise plead by 7/9/2026. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.